## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CLIFTON DAIGLE**                                      **CIVIL ACTION**

**versus**                                             **NO. 07-9425**

**JEFFERY TRAVIS, WARDEN, RCC**                         **SECTION: "N" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and

Recommendation of the United States Magistrate Judge, and the Notice of Intent to Seek an Appeal

filed by the petitioner on July 16, 2008, approves the Report and Recommendation of the United

States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Clifton Daigle** for *habeas corpus* relief is

**DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this *12th* day of *August*, 2008.

UNITED STATES DISTRICT JUDGE